NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Alan Borggreen,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>　　　　　Respondents. | No. CV-15-00916-PHX-SRB<br><br>**ORDER** |

Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on May 20, 2015 raising two grounds for relief: 1) that his term of supervision after the completion of his sentence violates his rights to equal protection and to be free from double jeopardy; and 2) the trial court illegally changed his term of probation from concurrent to consecutive. Respondents filed their Response to Petitioner's Petition for Writ of Habeas Corpus on May 5, 2016. Petitioner filed his reply on May 26, 2016. On June 14, 2016, the Magistrate Judge issued her Report and Recommendation recommending that the petition be denied.

In hes Report and Recommendation the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

1 **IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

**IT IS FURTHER ORDERED** denying the Petition for Writ of Habeas Corpus and dismissing it with prejudice.

**IT IS FURTHER ORDERED** denying any Certificate of Appealability and leave to proceed in forma pauperis on appeal because Petitioner has not made a substantial showing of the denial of a constitutional right.

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 7th day of July, 2016.

_____
Susan R. Bolton
United States District Judge